IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY JAMES GIBBS,

      Petitioner,                    No. CIV S-03-1855 LKK PAN P

    vs.

D. L. RUNNELS, Warden, et al.,

      Respondents.             ORDER

         Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. In his petition, petitioner claims, inter alia, that he received constitutionally ineffective assistance of counsel when his trial counsel failed to move for a new trial. In the answer filed March 4, 2004, respondents contend that the claim is unexhausted and without merit. (Answer to Petition for Writ of Habeas Corpus, filed March 4, 2004, at 27-28.) On January 6, 2005, petitioner filed a document styled as a request to amend his petition. Although it is not entirely clear, it appears that by said document petitioner seeks to refute respondents' contention that this aspect of petitioner's ineffective assistance of counsel claim is unexhausted with evidence that he exhausted the claim in a petition for review to the California Supreme Court, No. S128394, that was denied by order filed December 1, 2004.

/////

1

Good cause appearing, IT IS HEREBY ORDERED that respondents are granted fifteen days from the date of this order to respond to petitioner's contention that he has exhausted his claim that his counsel was ineffective in failing to move for a new trial.

DATED: June 5, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12
gibb1855.fb