IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY JAMES GIBBS,

            Petitioner,              No. CIV S-03-1855 LKK EFB P

     vs.

D.L. RUNNELS, Warden, et al.,

            Respondents.       <u>ORDER</u>

_____/

       Petitioner is a state prisoner proceeding pro se and in forma pauperis with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On June 6, 2006, the court granted respondents 15 days within which to respond to petitioner's contention that he has exhausted his claim that his counsel was ineffective in failing to move for a new trial.  Respondents have not filed any documents in response to petitioner's contention nor otherwise responded to the court's order.  It appears that respondents have waived the issue of exhaustion.  The court will therefore deem petitioner's claim exhausted.

       So ordered.

Dated:  April 26, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE