IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY JAMES GIBBS,

    Petitioner,                             No. CIV S-03-1855 LKK EFB P

    vs.

D.L. RUNNELS, et al.,

    Respondents.                           ORDER

_____/

        Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Petitioner and respondent have submitted as exhibits in the petition and answer, respectively, a denial of a petition for writ of habeas corpus from the Third District Court of Appeal. *See* Petition, Ex. E at 11; Respondents' Answer, Ex. J. This denial of habeas corpus references a conviction in Lassen County. The conviction at issue in the petition filed in this case pertains to a conviction in Sacramento County. The court is unable to render a decision without the pertinent procedural history of petitioner's case.

        Accordingly, it is ORDERED that within 14 days respondents shall provide to the court a copy of the Third District Court of Appeals denial of writ of habeas corpus relevant to the petition in this case.

Dated: April 23, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE